# IN THE SUPREME COURT OF THE STATE OF NEVADA

PERFECTO GOMEZ,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
STEFANY MILEY, DISTRICT JUDGE,
Respondents,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 74648

FILED

JUL 03 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING WRIT PETITION*

This is an original petition for a writ of mandamus or prohibition.

Petitioner's counsel has filed a notice of voluntary withdrawal of this petition. Counsel advises this court that she has informed petitioner of the legal consequences of voluntarily withdrawing this petition. Having been so informed, petitioner consents to a voluntary dismissal of this petition. Cause appearing, this petition is dismissed.

It is so ORDERED.

_____, C.J.

cc:  Hon. Stefany Miley, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

18-25404